UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-2993 FMO (ASx) | Date | April 26, 2023 |
|---|---|---|---|
| Title | Crystal Redick v. Citizens of Humanity, LLC | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Imposition of Sanctions and Further Proceedings

Pursuant to the Court's Order of July 22, 2022, the parties were required to file pretrial documents on April 14, and April 21, 2023, in advance of the pretrial conference scheduled for May 5, 2023.  (See Dkt. 16, Court's Order of July 22, 2022, at 18).  As of the date of this Order, the parties have not filed their pretrial documents.  Accordingly, IT IS ORDERED THAT:

1. Counsel for the parties shall show cause in writing on or before **May 1, 2023**, why sanctions should not be imposed for failure to comply with the Court's Order of July 22, 2022. **Failure to submit a written response by the date set forth above shall result in the imposition of sanctions including, but not limited to, the dismissal of the case for lack of prosecution and failure to comply with the orders of the court, pursuant to Rule 41 of the Federal Rules of Civil Procedure.**  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002).  The order to show cause shall be deemed vacated in the event the parties file a notice of settlement.

2. The May 5, 2023, pretrial conference is **vacated** pending further order of the court.

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer  gga |