Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS OF HUMANITY, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02993-FMO-AS<br><br>*Assigned for all purposes to Hon. Fernando M. Olguin*<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed:  May 4, 2022<br>Trial Date:          May 23, 2023 |

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1    Plaintiff Crystal Redick ("Plaintiff") hereby notifies the Court that the claims

2  of Plaintiff have settled. A Stipulation for Dismissal with Prejudice as to Plaintiff's

3  individual claims and without prejudice as to the putative class, will be filed upon

4  execution of a formal settlement agreement in accordance with Federal Rule of

5  Civil Procedure 41(a)(1)(A)(ii).

6

7  Dated: April 27, 2023                          Respectfully Submitted,

8

9                                                 */s/ Carolin K. Shining*
                                                   Thiago M. Coelho
10                                                 Carolin K. Shining
                                                   **WILSHIRE LAW FIRM**
11                                                 *Attorneys for Plaintiff*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1
NOTICE OF SETTLEMENT

1

**CERTIFICATE OF SERVICE**

2        The undersigned hereby certifies that on April 27, 2023, a true and correct

3  copy of the foregoing was electronically filed with the Clerk of the Court using the

4  Court's CM/ECF system, which sent notification to all counsel of record, who are

5  deemed to have consented to electronic service via the CM/ECF system.

6

7  Dated: April 27, 2023                */s/ Carolin K. Shining*

8                                    Carolin K. Shining

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

2
NOTICE OF SETTLEMENT