JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, | Case No. CV 22-2993 FMO (ASx) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| CITIZENS OF HUMANITY, LLC, | |
| Defendant. | |

The complaint in the above-captioned case contains individual and class allegations. The court is informed that the parties have settled and that plaintiff will dismiss the action with prejudice as to herself and without prejudice as to the class members. (See Dkt. 26, Notice of Settlement).

Having reviewed the case file and determined that no prejudice to the class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** with prejudice as to plaintiff and without prejudice as to the class. The dismissal shall be without costs and plaintiff shall retain the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 2nd day of May, 2023.

                                                                    /s/
                                        Fernando M. Olguin
                                      United States District Judge